IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Arroyo, Mario A | Case Number:  08 B 13464 |
| | Judge:  Hollis, Pamela S |
| Printed:  7/1/08 | Filed:  5/27/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: June 26, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Green Tree Finance Serv Corp | Secured | 0.00 | 0.00 |
| 2. | Green Tree Finance Serv Corp | Secured | 0.00 | 0.00 |
| 3. | Green Tree Finance Serv Corp | Secured | 0.00 | 0.00 |
| 4. | Green Tree Finance Serv Corp | Secured | 0.00 | 0.00 |
| 5. | American General Finance | Secured | 349.00 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 214.68 | 0.00 |
| 7. | Macys Retail Holdings Inc | Unsecured | 33.71 | 0.00 |
| 8. | Eagle Mark Savings Bank | Secured | | No Claim Filed |
| 9. | Illinois Dept Of Healthcare And Family | Priority | | No Claim Filed |
| 10. | Illinois Dept Of Healthcare And Family | Priority | | No Claim Filed |
| 11. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 12. | Asset Management Out | Unsecured | | No Claim Filed |
| 13. | Citi Residential Lending Inc | Unsecured | | No Claim Filed |
| 14. | Armor Systems Co | Unsecured | | No Claim Filed |
| 15. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 16. | First Premier Bank | Unsecured | | No Claim Filed |
| 17. | Capital One | Unsecured | | No Claim Filed |
| 18. | Capital One | Unsecured | | No Claim Filed |
| 19. | Americredit Financial Ser Inc | Unsecured | | No Claim Filed |
| 20. | Countrywide Home Loans Inc. | Unsecured | | No Claim Filed |
| 21. | HSBC | Unsecured | | No Claim Filed |
| 22. | Capital Recovery Service | Unsecured | | No Claim Filed |
| 23. | GEMB | Unsecured | | No Claim Filed |
| 24. | Countrywide Home Loans Inc. | Unsecured | | No Claim Filed |
| 25. | HSBC | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Arroyo, Mario A | | Case Number: 08 B 13464 |
|---|---|---|---|
| | | | Judge: Hollis, Pamela S |
| | Printed: 7/1/08 | | Filed: 5/27/08 |

| | | | | |
|---|---|---|---|---|
| 26. | GEMB | Unsecured | | No Claim Filed |
| 27. | Medical Collections | Unsecured | | No Claim Filed |
| 28. | Nicor Gas | Unsecured | | No Claim Filed |
| 29. | Option One Mortgage Corp | Unsecured | | No Claim Filed |
| 30. | Ocwen Loan Servicing LLC | Unsecured | | No Claim Filed |
| 31. | Nicor Gas | Unsecured | | No Claim Filed |
| 32. | Ocwen Loan Servicing LLC | Unsecured | | No Claim Filed |
| 33. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| 34. | Peoples Energy Credit Union | Unsecured | | No Claim Filed |
| 35. | Peoples Energy Credit Union | Unsecured | | No Claim Filed |
| 36. | West Asset Management | Unsecured | | No Claim Filed |
| 37. | Providian | Unsecured | | No Claim Filed |
| 38. | Washington Mutual Home Loan | Unsecured | | No Claim Filed |
| 39. | Thd/Cbsd | Unsecured | | No Claim Filed |
| 40. | SBC | Unsecured | | No Claim Filed |
| 41. | Peoples Energy Credit Union | Unsecured | | No Claim Filed |
| 42. | Wilshire Credit Corp | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 597.39 | $ 0.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

